# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Esteban Gonzalez

                          Plaintiff,

v.                                                        Case No.: 1:15−cv−06383
                                                         Honorable Charles R. Norgle Sr.

KTP 2014 Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 26, 2016:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed without prejudice with leave to move on or before 21 days from the date of this Order to seek enforcement of the Settlement Agreement,or to extend the time for filing a motion to reinstate for failure to comply with the Settlement Agreement. In the event a motion is not filed within 21 days from entry of this Stipulation, the dismissal becomes final and with prejudice thereafter without further order of the Court. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed between the parties in the Settlement Agreement. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.